**Electronically Filed
Supreme Court
SCPW-25-0000578
16-APR-2026
08:53 AM
Dkt. 6 ODDP**

SCPW-25-0000578

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

NATHANIEL GRAHAM; JOEL KREISS; and HAWAII'S ELECTRIC BIKE, LLC
dba RIDESMART MAUI, Petitioners,

vs.

THE HONORABLE LANCE COLLINS,
Judge of the District Court of the Second Circuit,
State of Hawaiʻi, Respondent Judge,

and

RIDESMART MAUI LLC; LEE A. CHAMBERLAIN, Respondents.

_____

ORIGINAL PROCEEDING
(CASE NO. 2DRC-24-0001244)

<u>ORDER DENYING PETITION FOR WRIT OF MANDAMUS</u>
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Holma, assigned by reason of vacancy)

Upon consideration of the petition for writ of mandamus

filed August 19, 2025, and the record, counsel's former

representation of Respondent Ridesmart Maui LLC is substantially

related to the litigation in 2DRC-24-0001244.  <u>See</u> Hawaiʻi Rules

of Professional Conduct (HRPC) Rule 1.9(a); <u>Straub Clinic &</u>

Hosp. v. Kochi, 81 Hawaiʻi 410, 414-17, 917 P.2d 1284, 1288-91 (1996).  Additionally, the interests of counsel's former and present clients are materially adverse to each other in 2DRC-24-0001244.  See HRPC Rule 1.9(a); Straub, 81 Hawaiʻi at 417, 917 P.2d at 1291.  The district court's order granting the motion to disqualify counsel does not amount to a flagrant and manifest abuse of discretion.  See Straub, 81 Hawaiʻi at 414-15, 917 P.2d at 1288-89.

It is ordered that the petition is denied.

DATED:  Honolulu, Hawaiʻi, April 16, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Karin L. Holma